**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

SANDRA WHITLEDGE,

    Plaintiff,
v.                                                       Case No. 18-11444

CITY OF DEARBORN,
JUSTIN SMITH,

    Defendants.
                                                     /

**OPINION AND ORDER DENYING AS MOOT DEFENDANT'S MOTION TO COMPEL ANSWERS TO INTERROGATORIES**

Defendant City of Dearborn filed a motion to compel Plaintiff's answers to its interrogatories on December 21, 2018. On December 31, 2018, Plaintiff filed a response to the motion which included as an attachment Plaintiff's answers to the interrogatories. Defendant did not file a reply to its motion or attempt to challenge Plaintiff's answers in any way. Accordingly,

IT IS ORDERED that Defendant's Motion to Compel Answers to Interrogatories (ECF No. 26) is DENIED AS MOOT.

                                                    s/Robert H. Cleland
                                                    ROBERT H. CLELAND
                                                    UNITED STATES DISTRICT JUDGE

Dated: June 4, 2019

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, June 4, 2019, by electronic and/or ordinary mail.

                                                    s/Lisa Wagner
                                                    Case Manager and Deputy Clerk
                                                    (810) 292-6522